FILED
Jan 5  1 35 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY JANE ZAMMIELLO, ELLEN L.<br>McVEY and KRISTINE TUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>EXPANETS, INC. and EXPANETS OF<br>NORTH AMERICA, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 3:02-CV-00374 (GLG)<br><br><br><br><br><br><br><br><br>MAY 19, 2003 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned Counsel for Plaintiffs, Mary Jane Zammiello, Ellen L. McVey and Kristine Tucker, and Defendants, Expanets, Inc. and Expanets of North America, LLC, hereby stipulate and agree that this action should be dismissed with prejudice and without costs.

James E. Miller
Federal Bar No.: CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, Connecticut 06103
(Tel.) (860) 246-0600
(Fax) (860) 246-0700
   Attorney for Plaintiffs

Christopher L. Brigham
Federal Bar No.: CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Connecticut 06510
(Tel.) (203) 786-8310
(Fax) (203) 772-2037
   Attorney for Defendants

Dated: May 19, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY JANE ZAMMIELLO et al., | : | CIVIL ACTION NO. |
| | : | 3:02-CV-00374-GLG |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPANETS, INC. et al. | : | |
| | : | |
| Defendants. | : | December 30, 2003 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Stipulation for Dismissal with Prejudice was served on this date upon Counsel for Defendants via facsimile and first class mail, postage pre-paid, and addressed as follows:

> Christopher L. Brigham, Esquire
> Federal Bar No. CT-12410
> Updike, Kelly & Spellacy, P.C.
> 265 Church Street, 10th Floor
> New Haven, Connecticut 06510

_____
James E. Miller
Attorney for Plaintiffs,
Mary Jane Zammiello, Ellen L. McVey
and Kristine Tucker